PROB 35

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:96CR-00362-01** |
| ) | |
| **Ryan B. MORGAN** ) | |
| ) | |

On April 7, 1997, the above-named was placed on a term of Supervised Release for a period of five (5) years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Rafael G. Loya

**RAFAEL G. LOYA
Supervising United States Probation Officer**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from the term of supervised release, and that the proceedings in the case be terminated.

Dated this  18th  day of   April   , 2005.

/s/ Edward J. Garcia
**Edward J. Garcia
Senior United States District Judge**

RGL:jz
Attachment: Recommendation
cc:       Assistant United States Attorney
          FLU Unit, AUSA's Office
          Fiscal Clerk, Clerk's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO
# ORIGINAL EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Docket Number:  2:96CR-00362-01** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Ryan B. MORGAN** | ) | |
| | ) | |

**LEGAL HISTORY:**

On April 7, 1997, the above-named was placed on Supervised Release for a term of five (5) years, which commenced on November 29, 2002.  Special conditions included a requirement for Warrantless search; Participation in drug and alcohol treatment, including testing; and that he totally abstain from the use of alcoholic beverages and not frequent those places where alcohol is the chief item of sale.

**SUMMARY OF COMPLIANCE:**

Ryan B. Morgan has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Ryan B. Morgan has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that the supervised releasee in this case be terminated early.

**Submitted by:**   /s/   Rafael G. Loya                                         **Date:** March 28, 2005
             **RAFAEL G. LOYA**
             **Supervising United States Probation Officer**
             Sacramento, California

RGL:jz
cc:       AUSA Thomas J. Hopkins (Pursuant to Rule 32.1 notice of proposed relief to the supervised releasee is being provided.  If no objection is received from you within 14 days, the probation officer's recommendation and Probation Form 35, Order Terminating Term of Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)